THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT O. FEESE, | : |
| **Petitioner** | : |
| v. | :    3:19-CV-264 |
| | :    (JUDGE MARIANI) |
| JOSH SHAPIRO, et al., | : |
| **Defendants** | : |

## ORDER

**AND NOW, THIS** \_\_\_13th\_\_\_ **DAY OF NOVEMBER, 2020**, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 18) is **ADOPTED** for the reasons stated therein.

2. Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** this action.

                                                   Robert D. Mariani
                                                   United States District Judge